# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-mj-07029 |
| ALVARO SALINAS | Christine Dieringer<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(a) | DUI | On or About February 15, 2007 | 1 |

Defendant sentenced to 6 months unsupervised probation. Conditions to include: complete a Level I Drug and Alcohol Awareness class, complete 48 hours of Community Service with 2 hours to be served with MADD, pay $75 insurance fee for Community Service, with proof of completions to be sent to the government. Fees of $350.00 to be paid by 12/15/07.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $350.00 | $25.00; $25 Processing Fee | $300.00 |

August 15, 2007
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 16, 2007
Date